UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

PETER JOHN O'DOVERO,

Defendant.

_____/

Case No. 2:26-cr-00001

Hon. Paul L. Maloney
U.S. District Judge

## ORDER FOR DETENTION

Defendant O'Dovero appeared before the undersigned for an arraignment on April 28, 2026.  For reasons stated on the record, Defense counsel reserved the issue of detention in this case and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated:  April 28, 2026

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE