UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

PETER JOHN O'DOVERO,

Defendant.

______________________________/

Hon. Paul L. Maloney

Case No. 2:26-cr-00001

**REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, the undersigned judicial officer conducted a plea hearing in the captioned case on September 18, 2026, after receiving the written consent of defendant and all counsel. There is no plea agreement. At the hearing, defendant Peter John O'Dovero, entered a plea of guilty to count 1 of the Superseding Indictment. In count 1 of the Superseding Indictment, defendant is charged with methamphetamine conspiracy, in violation of 21 U.S.C. §§ 846 and 841(a)(1).

On the basis of the record made at the hearing, the undersigned finds that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the defendant understands the

nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, the undersigned recommends that defendant's plea of guilty to count 1 of the Superseding Indictment be accepted, that the court adjudicate defendant guilty. Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Date: September 21, 2026

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after service of this report and recommendation. *See* W.D. MICH. L.CR.R. 11.1(d).